IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE HENDRICKS | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of Social | | |
| Security Administration | : | NO. 14-3356 |

**O R D E R**

AND NOW, this ⟨ ⟩ day of ⟨ ⟩ , 2015, upon consideration of plaintiff's

Brief and Statement of Issues in Support of Request for Review, defendant's Response to

Request for Review of Plaintiff, and plaintiff's Reply, and after review of the Report and

Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby

**O R D E R E D**

1.  The Report and Recommendation is APPROVED and ADOPTED;

2.  Judgment is entered affirming the decision of the Commissioner of the

Social Security Administration and the relief sought by plaintiff is DENIED; and

3.  The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

_____

BERLE M. SCHILLER,            J.